IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MONICA BUTLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  3:16-CV-2875-M |
| | § | |
| **UNITED MANUFACTURING HOLDINGS, LLC, UNITED LABORATORIES MANUFACTURING, LLC, and ADP, LLC,** | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES TO COMPLETE SCHEDULING CONFERENCE AND FILE JOINT REPORT

On this day, the Court considered the parties' Joint Motion to Continue Deadlines to Complete Scheduling Conference and File Joint Report.  Having considered the motion, the parties' arguments and applicable law, the Court finds that the motion has merit and should be GRANTED.  Accordingly, it is ORDERED that the deadlines to complete the scheduling conference and submit the joint report are extended as follows:

- Deadline to complete Scheduling Conference: November 14, 2016

- Deadline to submit Joint Report: November 21, 2016

SO ORDERED this ____ day of _____, 2016.

_____
THE HONORABLE BARBARA M.G. LYNN
CHIEF UNITED STATES DISTRICT JUDGE