IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  3:16-CV-2875-M |
| | § | |
| UNITED MANUFACTURING HOLDINGS, LLC, UNITED LABORATORIES MANUFACTURING, LLC, and ADP, LLC, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Continue Deadlines (ECF No. 6).  The Motion is **GRANTED**.  The new deadlines to complete the scheduling conference and submit the joint report are extended as follows:

- Deadline to complete scheduling conference: November 14, 2016.

- Deadline to submit joint report: November 21, 2016.

**SO ORDERED**.

November 3, 2016.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**